# Exhibit 1

| | |
|---|---|
| **From:** | Andrews, Don <DAndrews@reedsmith.com> |
| **Sent:** | Wednesday, October 25, 2017 4:55 PM |
| **To:** | Tierney, Alfred |
| **Cc:** | Hong, Richard; Brutlag, Benjamin |
| **Subject:** | RE: SEC v. de Nicolás et al., No. 3:17-civ-2086-JAH- AGS (S.D. Cal. filed Oct. 11, 2017) |

Al, although my authority is limited for the purpose of service, I do anticipate serving as his counsel for purposes of the larger action.  If that should change I will let you know.  Thanks DA

**Don Andrews, Esq.**
**Partner & Global Practice Leader for Risk and Compliance**
+1 212-549-0318 (office)
+1 203-820-9062 (cell)
dandrews@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

**From:** Tierney, Alfred [mailto:TierneyA@SEC.GOV]
**Sent:** Wednesday, October 25, 2017 1:25 PM
**To:** Andrews, Don
**Cc:** Hong, Richard; Brutlag, Benjamin
**Subject:** RE: SEC v. de Nicolás et al., No. 3:17-civ-2086-JAH- AGS (S.D. Cal. filed Oct. 11, 2017)

Don-
  We appreciate your getting back to us.  Understood regarding service; however, just so we are clear, do you represent Mr. de Nicolas?  Thanks in advance.

Al

**From:** Andrews, Don [mailto:DAndrews@reedsmith.com]
**Sent:** Wednesday, October 25, 2017 9:58 AM
**To:** Tierney, Alfred
**Cc:** Hong, Richard; Brutlag, Benjamin
**Subject:** RE: SEC v. de Nicolás et al., No. 3:17-civ-2086-JAH- AGS (S.D. Cal. filed Oct. 11, 2017)

Al, thank you for your note.   At this time, I am not authorized to accept service on Mr. De Nicolas' behalf.  Thank you.

Regards, DA

**Don Andrews, Esq.**
**Partner & Global Practice Leader for Risk and Compliance**
+1 212-549-0318 (office)
+1 203-820-9062 (cell)
dandrews@reedsmith.com

Reed Smith LLP

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

**From:** Tierney, Alfred [mailto:TierneyA@SEC.GOV]
**Sent:** Monday, October 23, 2017 4:52 PM
**To:** Andrews, Don
**Cc:** Hong, Richard; Brutlag, Benjamin
**Subject:** RE: SEC v. de Nicolás et al., No. 3:17-civ-2086-JAH- AGS (S.D. Cal. filed Oct. 11, 2017)

Don –
I'm following up on the below. I just attempted to call you and left a voicemail.  Please let us know whether you represent Mr. de Nicolas by Wednesday, October 25.  If we don't hear from you by then, we will assume that you are not representing Mr. de Nicolas in this litigation.  Thank you.

Regards,
Al

**From:** Tierney, Alfred
**Sent:** Tuesday, October 17, 2017 9:51 AM
**To:** 'dandrews@reedsmith.com'
**Cc:** Hong, Richard; Brutlag, Benjamin
**Subject:** SEC v. de Nicolás et al., No. 3:17-civ-2086-JAH- AGS (S.D. Cal. filed Oct. 11, 2017)

Don-
I hope you've been well since we last spoke. As you may know, we've recently filed an action against Mr. de Nicolás in federal district court (S.D. Cal.).  I attempted to call you last week and left a voicemail concerning the above.  Please let me know if you still represent Mr. de Nicolás.  If so, we would like to set up a call at your earliest convenience, preferably in the next day or two.   Thanks very much in advance.

Al

**Alfred C. Tierney**
Senior Counsel | Division of Enforcement
U.S. Securities and Exchange Commission
444 S Flower St #900
Los Angeles, CA 90071
Phone: 323.965.4509
TierneyA@sec.gov | www.sec.gov

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information.  Please do not disseminate without prior consent.   If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message.  If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

# Exhibit 2

| From: | Andrews, Don <DAndrews@reedsmith.com> |
|---|---|
| **Sent:** | Tuesday, December 05, 2017 12:39 PM |
| **To:** | Tierney, Alfred |
| **Cc:** | Hong, Richard; Brutlag, Benjamin |
| **Subject:** | Request for Clarification |

Dear Alfred:

We are in receipt of your communication of December 4th requesting clarification as to our relationship with Gerardo De Nicolas.  We do represent Mr. De Nicolas for the purpose of advising him as to whether he should cooperate in the current matter as well as advising on the underlying issues. However, Mr. De Nicolas has expressly NOT authorized us to accept service on his behalf.  As such, please work thorough appropriate channels in Mexico to effect such service.

Going forward, I would request that you direct any communications to me and not attempt to reach out to Mr. De Nicolas directly.  Thank you.


**Don Andrews, Esq.**
**Partner & Global Practice Leader for Risk and Compliance**
+1 212-549-0318 (office)
+1 203-820-9062 (cell)
dandrews@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450


* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

# Exhibit 3

| | |
|---|---|
| **From:** | Brutlag, Benjamin |
| **To:** | "Alfieri, Paul" |
| **Cc:** | Duffy, Edward W.; Tierney, Alfred; Hong, Richard |
| **Subject:** | SEC v. de Nicolas Gutierrez et al. (Case No.. 3:17-CV-02086-JAH-JLB) |
| **Date:** | Thursday, June 13, 2019 3:53:00 PM |

Paul,

As previewed during our discussion earlier today, we ask that you please confirm whether you will continue to object to service on Defendant Gerardo de Nicolas of the Amended Complaint in the above-captioned action or whether you are now authorized by Mr. de Nicolas to accept or waive service thereof.

Best regards,

**Benjamin D. Brutlag**

Senior Counsel | Division of Enforcement

U.S. Securities & Exchange Commission

100 F Street, N.E.

Washington, DC 20549-5561

(202) 551-2421 | brutlagb@sec.gov

# Exhibit 4

**From:** Robert Gage <grgage@gagespencer.com>
**Date:** December 8, 2017 at 12:17:07 PM PST
**To:** "Tierney, Alfred" <TierneyA@SEC.GOV>
**Cc:** Bernard Ozarowski <bozarowski@gagespencer.com>
**Subject:** RE: SEC v. de Nicolás et al., No. 3:17-civ-2086-JAH- AGS (S.D. Cal. filed Oct. 11, 2017)

Al,

Our firm represents Carlos Moctezuma.  As discussed, we are not authorized to accept service.

Bob Gage

G. Robert Gage, Jr., Esq.
Gage Spencer & Fleming LLP
410 Park Avenue
New York, New York 10022
Tel: 212-768-4900
Fax: 212-768-3629
grgage@gagespencer.com

http://www.gagespencer.com

_____

This message contains confidential and privileged information. Dissemination or duplication of this material is prohibited. If you are not the intended recipient, please notify the sender and delete this email and any attachments thereto from your system. Thank you.

**From:** Tierney, Alfred [mailto:TierneyA@SEC.GOV]
**Sent:** Monday, December 04, 2017 6:23 PM
**To:** Robert Gage
**Cc:** Hong, Richard; Brutlag, Benjamin
**Subject:** SEC v. de Nicolás et al., No. 3:17-civ-2086-JAH- AGS (S.D. Cal. filed Oct. 11, 2017)

Bob-

As a professional courtesy, we wanted to inform you that we plan to reach out to Mr. Moctezuma concerning service of the complaint in the above-referenced matter.  Based on our communications, our understanding is that you do not currently represent Mr. Moctezuma, and that you are not authorized to accept service of the complaint.  Please let us know as soon as possible if we are incorrect as to either of those understandings. (We certainly don't want to inadvertently contact a represented party.)

Also, if possible, we would appreciate the courtesy of your forwarding to us  any information you may have concerning Mr. Moctezuma's last known contact information.  Thank you very much in advance for

your continued attention to this matter.

Regards,
Al Tierney


**Alfred C. Tierney**
Senior Counsel | Division of Enforcement
U.S. Securities and Exchange Commission
444 S Flower St #900
Los Angeles, CA 90071
Phone: 323.965.4509
**Tierneya@sec.gov** | **http://www.sec.gov**

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information.  Please do not disseminate without prior consent.   If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message.  If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

# Exhibit 5

| | |
|---|---|
| **From:** | Brutlag, Benjamin |
| **To:** | grgage@gagespencer.com |
| **Cc:** | Hong, Richard; Tierney, Alfred |
| **Subject:** | SEC v. de Nicolas Gutierrez et al., No.. 3:17-CV-02086-JAH-JLB (S.D. Cal. filed Oct. 11, 2017) |
| **Date:** | Friday, June 14, 2019 3:46:27 PM |

Bob,

It has been some time since we last reached out to you regarding the above-captioned action. Please let us know if your firm still represents Defendant Carlos Moctezuma.  If so, we ask that you also confirm whether you will continue to object to service on your client of the Amended Complaint in the above-captioned action or whether you are now authorized by Mr. Moctezuma to accept or waive service thereof.

Best regards,

**Benjamin D. Brutlag**
Senior Counsel | Division of Enforcement
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5561
(202) 551-2421 | brutlagb@sec.gov

# Exhibit 6

10

# CERTIFICADO
## CERTIFICATE
### *ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. que la petición ha sido ejecutada\***
that the document has been served *
*que la demande a été exécutée\**

| — el (fecha):<br>the (date) / le (date) : | |
|---|---|
| — en (localidad, calle, número):<br>at (place, street, number) / à (localité, rue, numéro) : | |

— **en una de las formas siguientes previstas en el artículo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ **a)** **según las formas legales (artículo 5, párrafo primero, letra a)\***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)\**

☐ **b)** **según la forma particular siguiente\*:**
in accordance with the following particular method*:
*selon la forme particulière suivante* :*

☐ **c)** **por simple entrega\***
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple\**

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Identidad y calidad de la persona:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | |
|---|---|
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☒ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

No se llevó a cabo el emplazamiento por el dicho
de Miguel Valenzuela, vigilante de la entrada de la privada,
ya que me dice que no vive el codemandado, en el domicilio que
al parecer vivir en el mismo, pero actualmente ya no lo habita.

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

*Anexos*
Annexes / Annexes

| **Documentos reenviados:**<br>Documents returned:<br>*Pièces renvoyées :* | Emplazamiento, demanda y acta de búsqueda. |
|---|---|
| **En su caso, los documentos justificativos de la ejecución:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

\* Si procede
*if appropriate / s'il y a lieu*

| **Hecho en**<br>Done at / Fait à<br>Culiacán, Sinaloa, México.<br>**el**<br>the / le<br>23-Mayo-2018. | **Firma y / o sello**<br>Signature and/or stamp / Signature et/ou cachet |
|---|---|

COORDINACIÓN
DE ACTUARIOS
DISTRITO JUDICIAL
CULIACÁN, SINALOA.

Oficina Permanente, noviembre de 2011

# CERTIFICADO
## CERTIFICATE
### *ATTESTATION*

La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. que la petición ha sido ejecutada\***
that the document has been served *
*que la demande a été exécutée\**

| — **el (fecha):**<br>the (date) / *le (date)* : | |
|---|---|
| — **en (localidad, calle, número):**<br>at (place, street, number) / *à (localité, rue, numéro)* : | |

| — **en una de las formas siguientes previstas en el artículo 5:**<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5:* | |
|---|---|
| ☐ **a)** **según las formas legales (artículo 5, párrafo primero, letra a)\***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettra a)\** | |
| ☐ **b)** **según la forma particular siguiente\*:**<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante\* :* | |
| ☐ **c)** **por simple entrega\***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple\** | |

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Identidad y calidad de la persona:**<br>Identity and description of person :<br>*Identité et qualité de la personne :* | |
|---|---|
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

Porque Gerardo de Nicolás Gutierrez, no vive en ese domicilio, es una casa de descanso, esporádicamente va, que vive en Culiacán, Sinaloa, lo que fue colaborado con los vecinos

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

## Anexos
*Annexes / Annexes*

| **Documentos reenviados:**<br>Documents returned:<br>*Pièces renvoyées :* | Se reenvian los anexos descrita en la carta rogatoria |
|---|---|
| **En su caso, los documentos justificativos de la ejecución:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | |

\* Si procede
*If appropriate / s'il y a lieu*

| **Hecho en** Navolato, Sinaloa, México<br>Done at / *Fait à*<br><br>**el** 04 de Junio de 2018<br>the / *le* | **Firma y / o sello**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

# CERTIFICADO
## CERTIFICATE
### ATTESTATION

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. que la petición ha sido ejecutada\***
that the document has been served *
que la demande a été exécutée *

| — el (fecha): |  |
|---|---|
| the (date) / le (date) : | |
| — en (localidad, calle, número): | |
| at (place, street, number) / à (localité, rue, numéro) : | |

— en una de las formas siguientes previstas en el artículo 5:
In one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ **a)** **según las formas legales (artículo 5, párrafo primero, letra a)\***
In accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ **b)** **según la forma particular siguiente\*:**
in accordance with the following particular method*:
selon la forme particulière suivante* :

☐ **c)** **por simple entrega\***
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identidad y calidad de la persona:**<br>Identity and description of person :<br>Identité et qualité de la personne : | |
|---|---|
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:**<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire du<br>document : | |

☒ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

*La parte demandada no vive en el domicilio señalado.*

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

## Anexos
Annexes / Annexes

| **Documentos reenviados:**<br>Documents returned:<br>Pièces renvoyées : | *Constancia demanda<br>demas anexos.* |
|---|---|
| **En su caso, los documentos justificativos de la ejecución:**<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution :<br>\* Si procede<br>If appropriate / s'il y a lieu | |
| **Hecho en** *Cabo San Lucas*<br>Done at / Fait à *Baja California Sur*<br>**el** *18 de Junio del 2018*<br>the / le | **Firma y / o sello**<br>Signature and/or stamp / Signature et/ou cachet |

JUZGADO I DE PRIMERA
INSTANCIA DEL RAMO CIVIL
CABO SAN LUCAS, B. C. S.

Oficina Permanente, noviembre de 2011

# Exhibit 7

# CERTIFICADO
## CERTIFICATE
### *ATTESTATION*

La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. que la petición ha sido ejecutada***
that the document has been served *
*que la demande a été exécutée**

| — el (fecha): | |
|---|---|
| the (date) / *le (date)* | |
| **— en (localidad, calle, número):** | |
| at (place, street, number) / *à (localité, rue, numéro)* : | |

**— en una de las formas siguientes previstas en el artículo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ a) **según las formas legales (artículo 5, párrafo primero, letra a)***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)**

☐ b) **según la forma particular siguiente*:**
in accordance with the following particular method*:
*selon la forme particulière suivante* :*

☐ c) **por simple entrega***
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple**

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| **Identidad y calidad de la persona:** | |
|---|---|
| Identity and description of person : | |
| *Identité et qualité de la personne :* | |
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:** | |
| Relationship to the addressee (family, business or other): | |
| *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☑ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

El demandado Carlos Javier Moctezuma Velasco
no habita el domicilio señalado para emplazarlo

☐ Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta*.
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*Anexos*
Annexes / *Annexes*

| **Documentos reenviados:** | |
|---|---|
| Documents returned: | |
| *Pièces renvoyées :* | |
| **En su caso, los documentos justificativos de la ejecución:** | |
| In appropriate cases, documents establishing the service: | |
| *Le cas échéant, les documents justificatifs de l'exécution :* | |

* Si procede
*if appropriate / s'il y a lieu*

| **Hecho en** Culiacan, Sinaloa | **Firma y / o sello** |
|---|---|
| Done at / *Fait à* | Signature and/or stamp / *Signature et / ou cachet* |
| **el** 11 de septiembre de | |
| the / *le* 2018 | |

Oficina Permanente, noviembre de 2011

# Exhibit 8

# CERTIFICADO
## CERTIFICATE
### ATTESTATION

La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. que la petición ha sido ejecutada\***
that the document has been served\*
que la demande a été exécutée\*

— **el (fecha):**
the (date) / le (date) :

— **en (localidad, calle, número):**
at (place, street, number) / à (localité, rue, numéro) :

— **en una de las formas siguientes previstas en el artículo 5:**
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ **a)** **según las formas legales (artículo 5, párrafo primero, letra a)\***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*
selon les formes légales (article 5, alinéa premier, lettre a)\*

☐ **b)** **según la forma particular siguiente\*:**
in accordance with the following particular method\*:
selon la forme particulière suivante\* :

☐ **c)** **por simple entrega\***
by delivery to the addressee, if he accepts it voluntarily\*
par remise simple\*

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

**Identidad y calidad de la persona:**
Identity and description of person :
Identité et qualité de la personne :

**Vínculos de parentesco, subordinación u otros, con el destinatario del documento:**
Relationship to the addressee (family, business or other):
Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :

☒ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts\*:
que la demande n'a pas été exécutée, en raison des faits suivants\* :

El demandado no habita en el domicilio señalado para ser empla-
zado.

☐ Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

## Anexos
Annexes / Annexes

**Documentos reenviados:**
Documents returned:
Pièces renvoyées :

**En su caso, los documentos justificativos de la ejecución:**
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution :

\* Si procede
If appropriate / s'il y a lieu

**Hecho en** Culiacán, Sinaloa
Done in / Fait à

**el** 12 de Junio de 2018
the / le

**Firma y / o sello**
Signature and/or stamp / Signature et / ou cachet

JUZGADO CUARTO
DE 1ra. INSTANCIA
DEL RAMO CIVIL
CULIACÁN, SIN

000004

# CERTIFICADO
## CERTIFICATE
### *ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. que la petición ha sido ejecutada***
   that the document has been served *
   *que la demande a été exécutée* :

— **el (fecha):**
   the (date) / *le (date)* :
— **en (localidad, calle, número):**
   at (place, street, number) / *à (localité, rue, numéro)* :

— **en una de las formas siguientes previstas en el artículo 5:**
   in one of the following methods authorised by Article 5:
   *dans une des formes suivantes prévues à l'article 5 :*

☐ *a)* **según las formas legales (artículo 5, párrafo primero, letra *a*)***
   in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
   *selon les formes légales (article 5 alinéa premier, lettre a)* *

☐ *b)* **según la forma particular siguiente***:
   in accordance with the following particular method*:
   *selon la forme particulière suivante* * :

☐ *c)* **por simple entrega***
   by delivery to the addressee, if he accepts it voluntarily*
   *par remise simple* *

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

**Identidad y calidad de la persona:**
Identity and description of person :
*Identité et qualité de la personne* :

**Vínculos de parentesco, subordinación u otros, con el destinatario del documento:**
Relationship to the addressee (family, business or other):
*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* :

☒ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes*:**
   that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants* * :

En el domicilio conocen y no labora el demandado

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*

## *Anexos*
Annexes / *Annexes*

**Documentos reenviados:**
Documents returned:
*Pièces renvoyées* :

El traslado que se acompaño a la rogatoria

**En su caso, los documentos justificativos de la ejecución:**
In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution* :
* Si procede
*if appropriate / s'il y a lieu*

**Hecho en**
Done at / *Fait à* :
Culiacán, Sinaloa,
el 27 de Junio de 2018
the / *le* :

**Firma y / o sello**
Signature and/or stamp / *Signature et / ou cachet* :

# Exhibit 9



## CERTIFICACIÓN

La autoridad suscrita tiene el honor de certificar, conforme al artículo 6°
del Convenio.

**1. Que el documento ha sido notificado**

— **el  (fecha)**: <u>a las 8:00 ocho horas del día 6 seis de junio del año 2018 dos mil
diecicho</u>
— **en (localidad, calle, número)**: <u>en el domicilio ubicado en calle De la   Orca,
número 3467 del fraccionamiento Villas de San Antonio en la ciudad de
Culiacán, Sinaloa.</u>

— **por uno de los métodos autorizados por el artículo 5°:**

  ☐ **a) en conformidad con las disposiciones del inciso (a) del primer párrafo
del artículo 5° del Convenio.***
  ☐ **b) en conformidad con el siguiente método particular siguiente:** <u>mediante
INSTRUCTIVO DE NOTIFICACION Y EMPLAZAMIENTO A JUICIO.</u>
  ☐ **c) por entrega al destinatario, que lo acepto de manera voluntaria.***

**Los documentos planteados en la solicitud han sido entregados a:**

  — **(Identidad y descripción de la persona):** <u>DIANA SERRANO</u>

  — **Parentesco al destinatario familia, comercio u otro:** <u>empleada
doméstica en el domicilio ubicado en calle De la Orca, número 3467 del
fraccionamiento Villas de San Antonio en la ciudad de Culiacán,
Sinaloa</u>

**2. Que el documento no ha sido entregado, por los siguientes hechos \*:**
_____   _____

En conformidad con el segundo párrafo del artículo 12 del Convenio, se le
pide al solicitante que pague o reembolse los gastos en la declaración
adjunta.*

Anexos

Documentos regresados:

En los casos apropiados, los documentos establecen la entrega:

<u>CARTA ROGATORIA DILIGENCIADA</u>

Hecho en <u>Culiacán, Sinaloa el 13 de julio de 2018</u>

Firma y/o apostillado



C. JUEZ SEGUNDO DE PRIMERA
INSTANCIA DEL RAMO CIVIL
DEL DISTRITO JUDICIAL
DE CULIACÁN, SINALOA.

LIC. RUBEN MEDINA CASTRO.

CERTIFICATE                **Translation**

**Pursuant to Article 6 of the Convention, the undersigned authority is honored to certify:**

l.  **That the document has been served**

— **on (date)**: June 6, 2018 two thousand eighteen, at 8:00 eight o'clock

— **at (location, street, number):** the residential address located at calle De la Orca [street] number 3467 in the Villas de San Antonio subdivision of the city of Culiacán, Sinaloa

— **using one of the methods authorized under article 5:**

☐ **a)  in compliance with the provisions of paragraph (a) of the first paragraph of Article 5 of the Convention\***

☐ **b)  by means of the following specific method:** using an INFORMATIONAL NOTICE AND SUMMONS TO TRIAL

☐ **c)  delivering it to the addressee, who accepted it voluntarily.**

**The documents referred to in the request have been delivered to:**

— **(Identity and description of the person):** DIANA SERRANO

— **Relationship to the addressee's family, business or other:** maid at home located at calle De la Orca [street] number 3467 in the Villas de San Antonio subdivision of the city of Culiacán, Sinaloa.

2.  **That the document has not been delivered, due to the following facts \*:**

[Seal]
Second Court
of First Instance
in Civil Matters
Culiacán, Sinaloa
[Mexico]

---

**Pursuant to the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the costs in the attached statement. \***

**Attachments**

**Documents returned:**

**Where appropriate, the documents show delivery [of]:**

DULY PROCESSED LETTER ROGATORY

Prepared in Culiacán, Sinaloa, on July 13, 2018

Signature and/or apostille

**JUDGE OF THE SECOND COURT OF FIRST INSTANCE IN CIVIL MATTERS IN THE JUDICIAL DISTRICT OF CULIACÁN, SINALOA [MEXICO]**

[Signature]

**RUBEN MEDINA CASTRO, ESQ.**

# Exhibit 10

| | |
|---|---|
| **From:** | Migone, Juan |
| **Sent:** | Wednesday, May 22, 2019 5:00 PM |
| **To:** | rlafarga90@hotmail.com |
| **Cc:** | Shirley, Andrew M.; Brutlag, Benjamin; Tierney, Alfred; Hong, Richard |
| **Subject:** | SEC V. DE NICOLÁS GUTIERREZ, ET AL. (CASE NO. 3:17-CV-02086-JAH-JLB)" |
| **Attachments:** | Complaint in Civil Action 17-cv-2086-JAH-JLB.pdf; Lafarga Summons 17-cv-2086-JAH-AGS.pdf |

*Senior Lafarga,*

*Somos los empleados de la Comisión de Valores e Intercambio de los Estados Unidos nombrados en la acción mencionada anteriormente (la "Acción"). Como usted puede saber, usted es un acusado en la Acción. La Demanda Enmendada alega que usted violó ciertas leyes de valores federales de los Estados Unidos.*

*Esta carta es para notificarle de la Acción, notificarle que tenemos y continuaremos intentando servirle en conformidad con el Convenio de La Haya sobre el Servicio al Exterior de Documentos Judiciales y Extrajudiciales en Asuntos Civiles o Comerciales, y para informarle sobre las denuncias presentadas contra usted. En consecuencia, se adjuntan copias en español de la Demanda Enmendada y la citación en la Acción.*

*Comuníquese con nosotros para discutir este asunto o, si ha contratado a un abogado, haga que su abogado se comunique con nosotros lo antes posible.*

**Juan Manuel Andres Migone**
Senior Staff Accountant | Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-5561
Phone: 202-551-3312
**migonej@sec.gov | www.sec.gov**

*Translation*

| | |
|---|---|
| **From:** | Migone, Juan |
| **Sent:** | Wednesday, May 22, 2019 5:00 PM |
| **To:** | rlafarga90@hotmail.com |
| **Cc:** | Shirley, Andrew M.; Brutlag, Benjamin; Tierney, Alfred; Hong, Richard |
| **Subject:** | SEC V. DE NICOLÁS GUTIERREZ, ET AL. (CASE NO. 3:17-CV-02086-JAH-JLB)" |
| **Attachments:** | Complaint in Civil Action 17-cv-2086-JAH-JLB.pdf; Lafarga Summons 17-cv-2086-JAH-AGS.pdf |

*Mr. Lafarga,*

*We are staff of the United States Securities and Exchange Commission in the above-referenced action (the "Action"). As you may already be aware, you are a defendant in the Action. The Amended Complaint alleges that you violated certain of the United States federal securities laws.*

*This letter is to notify you of the Action, provide you with notice that we have and will continue to attempt to serve you pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, and make you aware of the allegations set forth against you.  Accordingly, attached are Spanish-language copies of the Amended Complaint and the summons in the Action.*

*Please contact us to discuss this matter or, if you have retained legal counsel, have your attorney contact us as soon as possible.*

**Juan Manuel Andres Migone**
Senior Staff Accountant | Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-5561
Phone: 202-551-3312
**migonej@sec.gov | www.sec.gov**