RICHARD HONG (NY Attorney Reg. No. 2503589)
Email: HongR@sec.gov
J. LEE BUCK, II (D.C. Bar No. 421878)
Email: BuckJL@sec.gov
ALFRED C. TIERNEY (Cal. Bar No. 274265)
Email: TierneyA@sec.gov
BENJAMIN D. BRUTLAG (N.Y. Attorney Reg. No. 4596698)
Email: BrutlagB@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Melissa R. Hodgman, Associate Director
100 F Street N.E.
Washington, DC 20549
Telephone: (212) 336-0956 (Hong)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>GERARDO DE NICOLÁS GUTIERREZ, CARLOS JAVIER MOCTEZUMA VELASCO, RAMÓN LAFARGA BÁTIZ, and NOE CORRALES REYES,<br><br>            Defendants | Case No. 3:17-cv-02086-JAH-JLB<br><br>**DECLARATION OF BENJAMIN D. BRUTLAG IN FURTHER SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ORDER ALLOWING SERVICE OF SUMMONS AND AMENDED COMPLAINT UNDER RULE 4(F)(3)**<br><br>Date:   August 12, 2019 at 2:30pm<br>Judge: Hon. John A. Houston<br>Crtrm.: 13B<br>Motions Hearing: None requested |

Pursuant to 28 U.S.C. § 1746, I, Benjamin D. Brutlag, declare that:

1.   I am an attorney for Plaintiff United States Securities and Exchange Commission (the "SEC"), Division of Enforcement, and make this declaration in further support of the SEC's

1  Motion for Order Allowing Service of Summons and Amended Complaint Under Rule 4(f)(3).

2      2.    I am one of the attorneys representing the SEC in this matter and make this
3  declaration based on my personal knowledge.

4      3.    Attached as Exhibit 1 is a true and correct copy of a July 3, 2019 e-mail,
5  excluding attachments, sent by the SEC staff to Paul Alfieri, Esq.

6      4.    Attached as Exhibit 2 is a true and correct copy of e-mail correspondence between
7  Mr. Alfieri and the SEC staff between June 13, 2019 and July 23, 2019.

8      I declare under penalty of perjury that the foregoing is true and correct. Executed
9  on July 25, 2019.

Benjamin D. Brutlag
(N.Y. Attorney Reg. No. 4596698)

SEC v. DE NICOLÁS GUTIERREZ, ET AL.    2    Declaration of Benjamin D. Brutlag
CASE NO. 3:17-CV-02086-JAH-JLB