# Exhibit 1

**From:** Hong, Richard <HongR@sec.gov>
**Sent:** Wednesday, July 03, 2019 4:53 PM
**To:** Alfieri, Paul (PAlfieri@ReedSmith.com) <PAlfieri@ReedSmith.com>
**Cc:** Brutlag, Benjamin <brutlagb@SEC.GOV>; Tierney, Alfred <TierneyA@SEC.GOV>
**Subject:** FW: Activity in Case 3:17-cv-02086-JAH-JLB Securities and Exchange Commission v. de Nicolas Gutierrez et al Motion for Order

Paul – Please see the ECF notice below and attachments. Thanks. Richard

**From:** efile_information@casd.uscourts.gov [mailto:efile_information@casd.uscourts.gov]
**Sent:** Wednesday, July 03, 2019 4:29 PM
**To:** efile_information@casd.uscourts.gov
**Subject:** Activity in Case 3:17-cv-02086-JAH-JLB Securities and Exchange Commission v. de Nicolas Gutierrez et al Motion for Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of California

### Notice of Electronic Filing

The following transaction was entered by Hong, Richard on 7/3/2019 at 1:29 PM PDT and filed on 7/3/2019

| | |
|---|---|
| **Case Name:** | Securities and Exchange Commission v. de Nicolas Gutierrez et al |
| **Case Number:** | 3:17-cv-02086-JAH-JLB |
| **Filer:** | Securities and Exchange Commission |
| **Document Number:** | 7 |

**Docket Text:**
**MOTION for Order *ALLOWING SERVICE OF SUMMONS AND AMENDED COMPLAINT UNDER RULE 4(F)(3): AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* by Securities and Exchange Commission. (Attachments: # (1) Declaration of Benjamin Brutlag, # (2) Exhibit Exhibits 1-10 to Brutlag Declaration)(Hong, Richard)**

**3:17-cv-02086-JAH-JLB Notice has been electronically mailed to:**

Richard Hong     hongr@sec.gov

**3:17-cv-02086-JAH-JLB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/3/2019] [FileNumber=13343821-0
] [20b58f36f8ad3eb9e906d43ce783cc4e81277df8bdc473d6bf415a0a4c0aa9c3bff
13634cf223df01b0b905895f8bf19b360b523b33d8b6e5b50f7411b1ae1a4]]
**Document description:**Declaration of Benjamin Brutlag
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/3/2019] [FileNumber=13343821-1
] [49843cf4a0304145206dda0a74325b6a60cc42a66018078b45051dd3b560de90a75
ead09116668b15455daf1a82928901e7eb6f2d6455db295fa0bff00fd47c1]]
**Document description:**Exhibit Exhibits 1-10 to Brutlag Declaration
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=7/3/2019] [FileNumber=13343821-2
] [b98354ad1c4566dc3eb4693220de3f8a25ee39c12116d5eeb946427835ec7070797
10897e9fb283994e860ff780a6b3c95c7b82cd686606f098c338d7453a563]]

# Exhibit 2

**From:** Alfieri, Paul <PAlfieri@ReedSmith.com>
**Sent:** Tuesday, July 23, 2019 11:23 AM
**To:** Brutlag, Benjamin <brutlagb@SEC.GOV>
**Cc:** Duffy, Edward W. <EDuffy@reedsmith.com>; Tierney, Alfred <TierneyA@SEC.GOV>; Hong, Richard <HongR@sec.gov>
**Subject:** RE: SEC v. de Nicolas Gutierrez et al. (Case No.. 3:17-CV-02086-JAH-JLB)

Not that I'm aware of.

**From:** Brutlag, Benjamin <brutlagb@SEC.GOV>
**Sent:** Monday, July 22, 2019 5:04 PM
**To:** Alfieri, Paul <PAlfieri@ReedSmith.com>
**Cc:** Duffy, Edward W. <EDuffy@reedsmith.com>; Tierney, Alfred <TierneyA@SEC.GOV>; Hong, Richard <HongR@sec.gov>
**Subject:** RE: SEC v. de Nicolas Gutierrez et al. (Case No.. 3:17-CV-02086-JAH-JLB)

Paul,

Thank you for letting us know that you no longer represent Mr. de Nicolas.  Please advise whether Mr. de Nicolas has retained other U.S. counsel.

Best regards,

Ben

**From:** Alfieri, Paul <PAlfieri@ReedSmith.com>
**Sent:** Monday, July 22, 2019 12:49 PM
**To:** Brutlag, Benjamin <brutlagb@SEC.GOV>
**Cc:** Duffy, Edward W. <EDuffy@reedsmith.com>; Tierney, Alfred <TierneyA@SEC.GOV>; Hong, Richard <HongR@sec.gov>
**Subject:** RE: SEC v. de Nicolas Gutierrez et al. (Case No.. 3:17-CV-02086-JAH-JLB)

Ben:

As I have stated previously, Reed Smith is not and has never been authorized to accept or waive service on behalf of Mr. De Nicolas in connection with the above-referenced action, nor have we been authorized to defend him in that action.  We no longer represent Mr. De Nicolas in any capacity.

Regards,
Paul

**From:** Brutlag, Benjamin <brutlagb@SEC.GOV>
**Sent:** Thursday, June 13, 2019 3:53 PM
**To:** Alfieri, Paul <PAlfieri@ReedSmith.com>
**Cc:** Duffy, Edward W. <EDuffy@reedsmith.com>; Tierney, Alfred <TierneyA@SEC.GOV>; Hong, Richard <HongR@sec.gov>
**Subject:** SEC v. de Nicolas Gutierrez et al. (Case No.. 3:17-CV-02086-JAH-JLB)

Paul,

As previewed during our discussion earlier today, we ask that you please confirm whether you will continue to object to service on Defendant Gerardo de Nicolas of the Amended Complaint in the above-captioned action or whether you are now authorized by Mr. de Nicolas to accept or waive service thereof.

Best regards,

**Benjamin D. Brutlag**
Senior Counsel | Division of Enforcement
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5561
(202) 551-2421 | brutlagb@sec.gov

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01