# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO DE NICOLÁS GUTIERREZ, CARLOS JAVIER MOCTEZUMA VELASCO, RAMÓN LAFARGA BÁTIZ, and NOE CORRALES REYES,<br><br>Defendants. | Case No. 3:17-cv-02086-JAH-JLB<br><br>**ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION** |

Pending before the Court is Plaintiff United States Securities and Exchange Commission's ("SEC" or "Plaintiff") Motion for Order Allowing Service of Summons and Amended Complaint upon defendants Gerardo de Nicolás Gutiérrez ("de Nicolás"), Carlos Moctezuma Velasco ("Moctezuma"), and Ramón Lafarga Bátiz ("Lafarga") (collectively, the "Unserved Defendants") via alternate means pursuant to Federal Rule of Civil Procedure 4(f)(3). *Doc. No*. 7. On July 26, 2019, Plaintiff filed supplemental briefing in support of its motion. *Doc. No*. 8. The Unserved Defendants have not generally, nor specially appeared in the above-entitled action and no response has been filed.

The Court deems Plaintiff's motion for an order allowing service under Rule 4(f)(3) suitable for adjudication without oral argument. *See CivLR* 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion is taken under submission without oral argument, and the hearing date set for August 12, 2019, at 2:30 p.m., before this Court, is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 7, 2019

Hon. John A. Houston
United States District Judge